# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sands, Willie L. | District Court Middle Georgia | 05/12/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U. S. District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

C. B. King U. S. Courthouse
201 West Broad Avenue
Albany, Georgia 31701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Mercer University |
| 2. | Trustee | Walter F. George School of Law Foundation, Inc. |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sands, Willie L. | 05/12/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sands, Willie L. | 05/12/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Richard Neuwirth | personal loan | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sands, Willie L. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Wells Fargo Interest Checking | A | Interest | J | T | | | | | |
| 2. | E*Trade Clearing LLC Brokerage (H) | A | Dividend | K | T | | | | | |
| 3. | AKRX common | | None | | | Sold (part) | 03/09/15 | J | A | |
| 4. | AKRX common | | None | | | Sold | 04/27/15 | J | A | |
| 5. | ATK common | | None | | | Merged (with line 78) | 02/09/15 | J | | |
| 6. | AAPL common | A | Dividend | J | T | | | J | | |
| 7. | CALX common | | None | | | Sold | 07/07/15 | J | | |
| 8. | DHX common | | None | | | Sold | 11/09/15 | J | A | |
| 9. | EKSO common | | None | J | T | Buy (add'l) | 03/10/15 | J | | |
| 10. | EKSO common | | None | J | T | Buy (add'l) | 05/08/15 | J | | |
| 11. | EKSO common | | None | J | T | Buy (add'l) | 06/02/15 | J | | |
| 12. | EKSO common | | None | J | T | Buy (add'l) | 06/25/15 | J | | |
| 13. | EKSO common | | None | J | T | Buy (add'l) | 07/22/15 | J | | |
| 14. | EKSO common | | None | J | T | Buy (add'l) | 09/16/15 | J | | |
| 15. | EKSO common | | None | J | T | Buy (add'l) | 11/03/15 | J | | |
| 16. | EKSO common | | None | J | T | Buy (add'l) | 11/10/15 | J | | |
| 17. | FTR common | | None | J | T | Buy (add'l) | 02/06/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sands, Willie L. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FTR common | | None | | | Sold | 05/14/15 | J | | |
| 19. IDCC common | A | Dividend | J | T | | | | | |
| 20. NTAP common | A | Dividend | | | Sold | 08/19/15 | J | | |
| 21. ORBC common | | None | J | T | Buy (add'l) | 03/10/15 | J | | |
| 22. PCRFY ADR | A | Dividend | J | T | | | | | |
| 23. POZN common | | None | | | Sold | 09/30/15 | J | | |
| 24. RKUS common | | None | | | Sold | 07/07/15 | J | | |
| 25. SENY common | | None | J | T | Buy (add'l) | 05/08/15 | J | | |
| 26. SENY common | | None | J | T | Buy (add'l) | 05/27/15 | J | | |
| 27. SENY common | | None | J | T | Buy (add'l) | 06/01/15 | J | | |
| 28. SENY common | | None | J | T | Buy (add'l) | 06/15/15 | J | | |
| 29. SENY common | | None | J | T | Buy (add'l) | 06/17/15 | J | | |
| 30. SENY common | | None | J | T | Buy (add'l) | 07/09/15 | J | | |
| 31. SENY common | | None | J | T | Buy (add'l) | 07/09/15 | J | | |
| 32. SENY common | | None | J | T | Buy (add'l) | 07/13/15 | J | | |
| 33. SENY common | | None | J | T | Buy (add'l) | 07/16/15 | J | | |
| 34. SENY common | | None | J | T | Buy (add'l) | 07/20/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sands, Willie L. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SENY common | | None | J | T | Buy (add'l) | 08/04/15 | J | | |
| 36. SENY common | | None | J | T | Buy (add'l) | 09/02/15 | J | | |
| 37. SENY common | | None | J | T | Buy (add'l) | 09/03/15 | J | | |
| 38. SENY common | | None | J | T | Buy (add'l) | 09/16/15 | J | | |
| 39. SENY common | | None | J | T | Buy (add'l) | 09/17/15 | J | | |
| 40. SENY common | | None | J | T | Buy (add'l) | 09/18/15 | J | | |
| 41. SENY common | | None | J | T | Buy (add'l) | 09/22/15 | J | | |
| 42. SENY common | | None | J | T | Buy (add'l) | 09/24/15 | J | | |
| 43. SENY common | | None | J | T | Buy (add'l) | 10/06/15 | J | | |
| 44. SENY common | | None | J | T | Buy (add'l) | 10/08/15 | J | | |
| 45. SENY common | | None | J | T | Buy (add'l) | 10/09/15 | J | | |
| 46. SENY common | | None | J | T | Buy (add'l) | 10/13/15 | J | | |
| 47. SENY common | | None | J | T | Buy (add'l) | 10/19/15 | J | | |
| 48. SENY common | | None | J | T | Buy (add'l) | 10/23/15 | J | | |
| 49. SENY common | | None | J | T | Buy (add'l) | 10/26/15 | J | | |
| 50. SENY common | | None | J | T | Buy (add'l) | 10/27/15 | J | | |
| 51. SENY common | | None | J | T | Buy (add'l) | 10/27/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sands, Willie L. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SENY common | | None | J | T | Buy (add'l) | 11/17/15 | J | | |
| 53. SENY common | | None | J | T | Buy (add'l) | 11/18/15 | J | | |
| 54. SENY common | | None | J | T | Buy (add'l) | 11/19/15 | J | | |
| 55. SENY common | | None | J | T | Buy (add'l) | 11/19/15 | J | | |
| 56. SENY common | | None | J | T | Buy (add'l) | 11/27/15 | J | | |
| 57. SENY common | | None | J | T | Buy (add'l) | 11/30/15 | J | | |
| 58. SENY common | | None | J | T | Buy (add'l) | 12/02/15 | J | | |
| 59. SENY common | | None | J | T | Buy (add'l) | 12/03/15 | J | | |
| 60. SENY common | | None | J | T | Buy (add'l) | 12/04/15 | J | | |
| 61. SENY common | | None | J | T | Buy (add'l) | 12/10/15 | J | | |
| 62. SENY common | | None | J | T | Buy (add'l) | 12/10/15 | J | | |
| 63. SENY common | | None | J | T | Buy (add'l) | 12/14/15 | J | | |
| 64. SENY common | | None | J | T | Buy (add'l) | 12/15/15 | J | | |
| 65. SENY common | | None | J | T | Buy (add'l) | 12/15/15 | J | | |
| 66. SENY common | | None | J | T | Buy (add'l) | 12/20/15 | J | | |
| 67. TQNT common | | None | | | Merged (with line 95) | 01/02/15 | J | | |
| 68. UEC common | | None | J | T | Buy (add'l) | 02/06/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sands, Willie L. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. UEC common | | None | J | T | Buy (add'l) | 04/23/15 | J | | |
| 70. UEC common | | None | J | T | Buy (add'l) | 04/24/15 | J | | |
| 71. XOMA common | | None | J | T | Buy (add'l) | 01/05/15 | J | | |
| 72. XOMA common | | None | J | T | Buy (add'l) | 01/06/15 | J | | |
| 73. XOMA common | | None | J | T | Buy (add'l) | 02/06/15 | J | | |
| 74. XOMA common | | None | J | T | Buy (add'l) | 03/17/15 | J | | |
| 75. XOMA common | | None | J | T | Buy (add'l) | 04/27/15 | J | | |
| 76. E*Trade Global (H) | | None | | | Closed | 07/09/15 | J | | |
| 77. SBOT common | | None | J | T | Buy (add'l) | 08/25/15 | J | | |
| 78. OA (X) common | A | Dividend | J | T | | 02/09/15 | | | |
| 79. TSRA (X) common | | None | | | Buy | 03/31/15 | J | | |
| 80. TSRA (X) common | | None | | | Sold | 05/05/15 | J | | |
| 81. VSTO (X) common | | None | J | T | | 02/09/15 | | | |
| 82. FCAU (X) NV | | None | J | T | Buy | 07/10/15 | J | | |
| 83. FCAU (X) NV | | None | J | T | Buy (add'l) | 01/22/15 | J | | |
| 84. ABMD (X) common | | None | | | Buy | 03/31/15 | J | | |
| 85. ABMD (X) common | | None | | | Sold | 10/08/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sands, Willie L. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BABA (X) ADR | | None | J | T | Buy | 03/11/15 | J | | |
| 87. PMTS (X) common | | None | J | T | Buy | 10/09/15 | J | | |
| 88. OSUR (X) common | | None | | | Buy | 05/15/15 | J | | |
| 89. OSUR (X) common | | None | | | Buy (add'l) | 05/19/15 | J | | |
| 90. OSUR (X) common | | None | | | Buy (add'l) | 05/21/15 | J | | |
| 91. OSUR (X) common | | None | | | Buy (add'l) | 05/27/15 | J | | |
| 92. OSUR (X) common | | None | | | Sold | 09/14/15 | J | | |
| 93. PAYX common | A | Dividend | | | Buy | 03/31/15 | J | | |
| 94. PAYX common | | None | | | Sold | 07/08/15 | J | | |
| 95. QRVO (X) common | | None | J | T | | 01/02/15 | J | | |
| 96. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sands, Willie L. | 05/12/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 5, Part VII ATK, listed at line 5 of Part VII, mergeed with ORB on or about 2/9/15 and formed OA, listed at line 78 of Part VII.

Line 67, Part VII: TQNT, listed at line 67 merged with RFMD on or about 1/2/15 and formed QRVO listed at line 95.

Line 76, Part VII: E*Trade Global, listed at line 76, was closed on 7/09/15.

Line 77, Part VII: SBOT, listed at line 77. was previously held in E*Trade Global. It was transferred to E*Trade Clearing LLC Brokerage listed at line 2 upon closure of E*Trade Global.

Line 81, Part VII VSTO, listed at line 81 of Part VII, is a spin-off from ATK, listed at line 5, Part VII. The spin-off occurred prior to ATK's merger with ORB. Shareholders of ATK as of 2/2/15 were issued shares of VSTO.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Willie L. Sands**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544